IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES LUNN, a minor, et al. :
:
v. : Civil Action No. DKC 2005-2363
:
JERRY D. WEAST, et al. :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 27th day of July, 2006, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion of Plaintiffs for reconsideration (paper 13) BE, and the same hereby IS, DENIED;

2. Judgment BE, and the same hereby IS, ENTERED in favor of Defendants and against Plaintiffs on Plaintiffs' claim for reimbursement for tuition expenses for the 2004-2005 school year at Ivymount;

3. This case BE, and the same hereby IS, remanded to the Maryland Office of Administrative Hearings for further administrative proceedings consistent with this memorandum opinion and Order; and

4. The Clerk will transmit copies of this Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

            /s/
DEBORAH K. CHASANOW
United States District Judge